**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Paulette M. Lappi,

Plaintiff,

v.

Health Risk Management, Inc.

Defendant.

Civil Case No. 01-400 DSD/JMM
Jury Trial Demanded

**STIPULATION FOR ORDER EXTENDING TIME TO ANSWER** and ORDER

The parties hereto, Plaintiff Paulette M. Lappi and Defendant Health Risk Management, Inc., represented by the undersigned counsel, understand, agree and stipulate for entry of an order extending the time until April 11, 2001, for the Defendant to answer or otherwise respond to the Complaint in the above-captioned matter.

Dated: March 20, 2001

LEONARD, STREET AND DEINARD
PROFESSIONAL ASSOCIATION

Ellen G. Sampson (#155998
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1698

ATTORNEYS FOR PLAINTIFF

Dated: March 19th, 2001

BEST & FLANAGAN LLP

By
Frank Vogl (#113050)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

ATTORNEYS FOR DEFENDANT

APR 02 2001

**IT IS SO ORDERED.**

Dated: 4/2, 2001

Magistrate Judge John M. Mason

12593\201911\144604