**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Paulette M. Lappi,

Plaintiff,

v.

Health Risk Management, Inc.

Defendant.

Civil Case No. 01-400 DSD/JMM
Jury Trial Demanded

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the above-captioned parties hereto that this action may be and hereby is dismissed upon the merits, with prejudice, and without cost to either party; and that the court may enter judgment herein dismissing the above-entitled action with prejudice upon the merits, without cost to either party and without notice to either party or their attorneys.

Dated: June 22, 2001

LEONARD, STREET and DEINARD
Professional Association

By ______________________
Ellen G. Sampson
Attorney Registration No. 155998
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1698

ATTORNEYS FOR PLAINTIFF PAULETTE M. LAPPI

Dated: June 25, 2001

BEST & FLANAGAN LLP

By ______________________
Frank Vogl, #113050
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

ATTORNEYS FOR DEFENDANT HEALTH RISK MANAGEMENT, INC.

FILED 7-6-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 7-6-01
Deputy Clerk's Initials ____

**ORDER**

Pursuant to the Stipulation of the parties,

It is Ordered that this action is hereby dismissed with prejudice and with each party bearing her/its own costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 7/5, 2001

~~Magistrate~~ Judge ~~John M. Mason~~
United States District Court

12593\201911\152450